IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERNON ROBINSON,

       Petitioner,

v.                                              CASE NO.  4:14-cv-74-MW/CAS

MICHAEL CREWS, Secretary,
Department of Corrections,

       Respondent.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed February 21, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5, filed March 10, 2013 Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over objection, as the Court's opinion.  This cause is transferred to the Middle District of Florida,

1

Jacksonville Division, for all further proceedings. The Clerk shall take all necessary steps to effect the transfer and close the file.

**SO ORDERED on March 13, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**